CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 14 2016

JULIA C. DUDLEY, CLERK
BY: HMcDermac
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:10-cr-00003-1 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RAYSHAWN LEWMAR SAWYERS, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** pursuant to Rule 4 of the Rules Governing § 2255 Proceedings; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This  14th  day of March, 2016.

                                                            /s/ Jackson L. Kiser
                                                          Senior United States District Judge